**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

CIVIL ACTION NO. 19-150-DLB-CJS

CARL COOPER                                                                                   PLAINTIFF

v.          **ORDER ADOPTING REPORT AND RECOMMENDATION**

JAILER TERRY CARR, et al.                                                            DEFENDANTS

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the February 7, 2020 Report and Recommendation ("R&R") of United States Magistrate Judge Candance J. Smith (Doc. # 18), wherein she recommends that Plaintiff's Complaint be dismissed for failure to prosecute and to comply with the Court's prior Order.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 18) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) The Plaintiff's Complaint (Doc. # 3) is hereby **DISMISSED**; and

(3) A separate Judgment will be filed concurrently herewith.

This 25th day of February, 2020.



Signed By:
*David L. Bunning*  DB
United States District Judge

J:\DATA\ORDERS\Cov2019\19-150 Order Adopting R&R.docx